SEFERI ET AL. *v.* IVES, STATE HIGHWAY
COMMISSIONER.

No. 1241.   Decided May 20, 1968.

*Albert L. Coles* for appellants.

*Robert K. Killian,* Attorney General of Connecticut,
and *Jack Rubin* and *Clement J. Kichuk,* Assistant Attorneys General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is
dismissed for want of a substantial federal question.

NORTH AMERICAN VAN LINES, INC. *v.*
UNITED STATES ET AL.

No. 1295.   Decided May 20, 1968.

*Martin A. Weissert* for appellant.

*Solicitor General Griswold, Assistant Attorney General Turner, Robert W. Ginnane,* and *Betty Jo Christian*
for the United States et al., and *Alan F. Wohlstetter* for
Smyth Overseas Van Lines, Inc., et al., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment
is affirmed.